**Elzbieta GODLEWSKA, Krystyna Bielawska, Barbara Hatala, Barbara Pilch, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,**

**Boleslaw Pryzgoda, Appellant,**

v.

HUMAN DEVELOPMENT ASSOCIA-
TION, INC., aka HDA, Yechila Gruen-
wald, individually and as Executive
Director of HDA, aka Yechiel Gruen-
wald, ZVI Kestenbaum, Marina Vos-
koboyniko, Golda Pokhis, aka Olga
Pokhis, Margararita Zilbert, Jane
Doe, aka Friedman, Jane Doe, 1–10,
John Doe, 1–10, being fictitious
names, their true identities not yet
known to the Plaintiffs, City of New
York Human Resources Administra-
tion, City of New York, Defendants–
Appellees.

No. 13–352–cv.

United States Court of Appeals,
Second Circuit.

April 8, 2014.

Robert Wisniewski, Robert Wisniewski
P.C., New York, NY, for Appellants.

Benjamin Welikson, Assistant Corpora-
tion Counsel (Andrea O'Connor, Francis F.
Caputo, on the brief), for Michael A. Car-
dozo, Corporation Counsel, New York, NY,
for Appellees.

* Judge Richard K. Eaton, of the United States
Court of International Trade, sitting by desig-

PRESENT: RICHARD C. WESLEY,
SUSAN L. CARNEY, Circuit Judges,
Richard K. Eaton, Judge.*

## SUMMARY ORDER

Appellants challenge an order and judg-
ment by the United States District Court
for the Eastern District of New York
(Azrack, *U.S.M.J.*) finding the New York
City Human Resources Administration
("HRA") and the City of New York (collec-
tively, "Municipal Defendants") not to be
Appellants' joint employer and accordingly
granting Appellees' cross-motion for sum-
mary judgment on that issue. We assume
the parties' familiarity with the underlying
facts, procedural history, and issues on
appeal.

Having reviewed the factors set forth in
*Carter v. Dutchess Community College,*
735 F.2d 8, 12 (2d Cir.1984), and *Zheng v.
Liberty Apparel Co.,* 355 F.3d 61, 72 (2d
Cir.2003), as useful for assessing the eco-
nomic reality of a putative employment
relationship, we find based on these factors
and the totality of the circumstances that
there is not an employment relationship
between the Appellants and the Municipal
Defendants.

For this reason the judgment of the
district court is **AFFIRMED.**